UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PATRICIO MAXIMO ARMIJOS-ARROBO                          PETITIONER

V.                                             CASE NO. 5:26-cv-00062-DCB-BWR

WARDEN,                                                 RESPONDENT
*Adams County Correctional Center*

### ORDER FOR RESPONDENT TO INFORM THE COURT WHETHER THE PETITION IS MOOT

This matter is before the Court *sua sponte*. According to Respondent's Response, an immigration judge entered an order on March 27, 2026 granting Petitioner "pre-conclusion voluntary departure in lieu of removal and ordering him to depart the United States on or before April 27, 2026." Resp. [7] at 8. Respondent shall respond to this Order by **May 26, 2026** and inform the Court whether the Petition is moot because Petitioner has been released from detention.

SO ORDERED, this 11th day of May 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE