**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**PATRICIO MAXIMO ARMIJOS-ARROBO**                                    **PETITIONER**

**V.**                                                    **CIVIL NO. 5:26-cv-62-DCB-BWR**

**WARDEN,**
*Adams County Correctional Center et al.*                    **RESPONDENTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 10], which recommends that pro se Petitioner's 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot. The basis for this recommendation is that Petitioner was removed from the United States to Ecuador on April 16, 2026. [ECF No. 9] at 1; [ECF No. 9-1]. The Report was entered on May 26, 2026, and objections were due by June 9, 2026. No party objected to the Report.

### I.  Discussion

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion, and contrary to law" standard of review to the Report. United States v. Wilson, 864

F.2d 1219, 1221 (5th Cir. 1989).

## II.   Conclusion

The Court, having reviewed <u>pro se</u> Petitioner's 28 U.S.C. § 2241 Petition [ECF No. 1], and Judge Rath's Report [ECF No. 10], finds that Petitioner's 28 U.S.C. § 2241 petition should be dismissed without prejudice as moot. The Court adopts Judge Raths's findings and conclusions in full.

Accordingly, The Court agrees with Judge Rath's recommendation. The Report [ECF No. 10] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 16 day of June, 2026.


/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

2